IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARSHALL HARRISON,** | Civil No. 1:20-CV-01200 |
| **Plaintiff,** | |
| v. | |
| **LAZER SPOT, INC.,** | |
| **Defendant.** | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 14th day of December, 2021, upon consideration of Defendant Lazer Spot, Inc's motion for summary judgment (Doc. 17), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

1. The motion is GRANTED as to Mr. Harrison's retaliation claim.
2. The motion is DENIED in all other respects.

**IT IS SO ORDERED.**

                                                                          *s/ Sylvia H. Rambo*
                                                                       SYLVIA H. RAMBO
                                                                       United States District Judge